Thomas C. Horne
Attorney General

Rebecca J. Herbst, Bar No. 020491
Assistant Attorney General
1275 W. Washington
Phoenix, Arizona 85007-2997
Telephone:  (602) 542-8347
Facsimile:   (602) 542-7644
Rebecca.Herbst@azag.gov

Attorneys for Defendants

**UNITED STATES DISTRICT COURT**

**DISTRICT OF ARIZONA**

| | |
|---|---|
| Dale Gorney, a single man,<br><br>  Plaintiff,<br><br>vs.<br><br>Arizona Board of Regents; Thomas P. Miller; Dan Nelson; Jacqueline Lee Mok; Allison Vaillancourt; Steve Husman,<br><br>  Defendants. | Case No: CV_____<br><br>**NOTICE OF REMOVAL UNDER 28 U.S.C. § 1441(b)**<br><br>**(Federal Question Jurisdiction)** |

**TO:   THE CLERK OF THE UNITED STATES DISTRICT COURT FOR THE DISTRICT OF ARIZONA**

Please take notice that Defendants hereby remove to this Court the state court action described below:

1.    Defendants are in a civil action commenced and now pending in the Superior Court in Pima County, Arizona entitled *Gorney v. Arizona Board of Regents, et al.*, Cause No. C20127615; the Civil and Supplemental Cover Sheet are attached as Exhibit 1, copy of Plaintiff's Complaint is attached as Exhibit 2, a copy of Plaintiff's Certificate of Compulsory Arbitration is attached as Exhibit 3, and copies of Plaintiff's Summonses are attached as Exhibit 4.

2.    Defendant Arizona Board of Regents was served with a copy of the Complaint on December 14, 2012.  The Office of the General Counsel accepted service

1  for Defendants Steve Husman, Dan Nelson, Thomas P. Miller and Allison Vaillancourt
2  on December 17, 2012.  Defendant Jacqueline Mok was served on January 7, 2013.
3           3.      This is a civil action of which this Court has original jurisdiction under 28
4  U.S.C. § 1331, and is one that may be removed to this Court by Defendants pursuant to
5  the provisions of 28 U.S.C. § 1441(b), because it is within this Court's federal-question
6  jurisdiction in that it arises under The Fair Labor Standards Act and the United States
7  Constitution.
8           4.      Defendants certify that a Notice of Removal has been filed with the Clerk
9  of the Superior Court in Maricopa County, Arizona, where the action was commenced.
10          Respectfully submitted this 10th day of January, 2013.

                                           Thomas C. Horne
                                           Attorney General

                                           s/Rebecca J. Herbst
                                           Rebecca J. Herbst
                                           Assistant Attorney General
                                           Attorneys for Defendants

I certify that I electronically transmitted the attached document to the Clerk's Office using the CM/ECF System for filing and transmittal of a Notice of Electronic Filing to the following, if CM/ECF registrants, and mailed a copy of same to any non-registrants, this 10th day of January, 2013:

Mr. Dale Gorney
9362 S. Valerie Drive
Tucson, AZ 85736-2620
Pro Per


 s/D. Anderson
#2991990